1001

[No. 16070-6-II.    Division Two.    February 16, 1995.]

THE STATE OF WASHINGTON, *Respondent*, v. VERNON
CHARLES BIRDSBILL, *Appellant*.

Appeal from a judgment of the Superior Court for Clark
County, No. 92-1-00211-6, Barbara D. Johnson, J., entered
May 27, 1992. *Affirmed* by unpublished opinion per Alexander, J. Pro Tem., concurred in by Seinfeld, C.J., and Houghton, J.

[No. 13716-3-III.    Division Three.    February 16, 1995.]

THE STATE OF WASHINGTON, *Respondent*, v. JAIME FLORES
PERALES, *Appellant*.

Appeal from a judgment of the Superior Court for Walla
Walla County, No. 93-1-00288-0, Donald W. Schacht, J.,
entered November 15, 1993. *Affirmed* by unpublished opinion per Schultheis, J., concurred in by Thompson, C.J., and
Sweeney, J.

[No. 13302-8-III.    Division Three.    February 16, 1995.]

THE STATE OF WASHINGTON, *Respondent*, v. SALVADOR
LOZANO, *Appellant*.

Appeal from a judgment of the Superior Court for Franklin County, No. 92-1-50232-1, Fred R. Staples, J., entered
May 4, 1993. *Affirmed* by unpublished opinion per Sweeney,
A.C.J., concurred in by Munson and Schultheis, JJ.